USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Christopher Cheon, | Index No. 26-cv-1282 |
| Plaintiff, | |
| v. | **RULE 68 JUDGMENT** |
| Ziggle 542 Inc., Jiggle Tofu & BBQ, Inc., SGD Tofu House, Inc., and Jaeyeon Kim, | |
| Defendants, | |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Ziggle 542 Inc., Jiggle Tofu & BBQ, Inc., SGD Tofu House, Inc., and Jaeyeon Kim (collectively, "Defendants"), having offered to allow Christopher Cheon ("Plaintiff") to take a judgment against them, in the sum of Seven Thousand Five Hundred Dollars and No Cents ($7,500.00), with respect to Plaintiff's claims for relief, damages, fees, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated June 19, 2026, and filed as Exhibit A to Docket Number 23;

**WHEREAS**, on June 19, 2026, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 23);

It is **ORDERED** and **ADJUDGED**, that judgment is entered in favor of Plaintiff Christopher Cheon, in the sum of Seven Thousand Five Hundred Dollars and No Cents ($7,500.00), pursuant to the Defendants' Rule 68 Offer.

Dated:  June 22, 2026

New York, New York

_____
GREGORY H. WOODS
United States District Judge